Michael J. Vatter (MV1706)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendant Total Tool Supply, Inc.
150 East 42nd Street
New York, New York 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NEW HAMPSHIRE INSURANCE COMPANY as
Subrogee of ST. PAUL YACHT CLUB,

                Plaintiff,                              08 Civ. 5213 (CM) (AJP)

                                                               **RULE 7.1 STATEMENT**

-against-

TOTAL TOOL SUPPLY, INC.,

                Defendants.
-----------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that TOTAL TOOL SUPPLY, INC. is a privately held corporation.

    Dated: New York, New York
    July 29, 2008

                                                               WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN & DICKER, LLP
                                                              Attorneys for Defendant
                                                             TOTAL TOOL SUPPY, INC.
                                                             150 East 42nd Street
                                                             New York, New York 10017

                                                             *[signature]*
                                                              Michael J. Vatter (MV1706 )

3290830.1